JOHN J. HOFFMAN
ACTING ATTORNEY GENERAL OF NEW JERSEY
Division of Law
124 Halsey Street
P.O. Box 45029
Newark, New Jersey 07101

By:   Nicholas Kant
       Deputy Attorney General
       (973) 693-5055

| | |
|---|---|
| UNITED STATES OF AMERICA, EX REL: JENNIFER D'AGOSTINO; STATE OF NEW JERSEY, EX REL JENNIFER D'AGOSTINO<br><br>Plaintiffs,<br><br>-against-<br><br>ALLIED DENTAL PRACTICES OF NEW JERSEY (including, but not limited to the various locations Named in the body of the Complaint); EDWARD POLLER, DDS; GLENN PRAGER, DDS; CHRISTOPHER EMMA, DDS; TODD PRAGER, DDS; DANIEL DiCESARE, DDS; ABC CORPORATIONS 1-10 (same names being fictitious) and JOHN DOES 1-10 (same names being fictitious); and ACCOUNTANTS 1-10 (said names being fictitious and said names representing individual accountants and/or accounting firms)<br><br>Defendants. | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY<br><br>Civil Action No. 3:12-cv-007719-PGS-LHG<br><br><u>Civil Action</u><br><br>**ORDER** |

      The State of New Jersey ("New Jersey"), through its counsel, John J. Hoffman, Acting Attorney General of New Jersey (the "Attorney General") (Nicholas Kant, Deputy Attorney General, appearing), having filed its Notice of Election to Decline Intervention pursuant to <u>N.J.S.A.</u> 2A:32C-5(g)(2), and for good cause shown:

      IT IS on this _____ day of _____, 2014;

      **ORDERED** that the Complaint, New Jersey's Notice of Election to Decline Intervention, and this Order be served upon Defendants Allied Dental Practices of New Jersey (including, but

not limited to the various locations Named in the body of the Complaint); Edward Poller, DDS; Glenn Prager, DDS; Christopher Emma, DDS; Todd Prager, DDS; Daniel DiCesare, DDS; ABC Corporations 1-10 (same names being fictitious) and John Does 1-10 (same names being fictitious); and Accountants 1-10 by Jennifer D'Agostino ("Relator"); and it is further

**ORDERED** that pursuant to N.J.S.A. 2A:32C-6(f), all subsequent pleadings and motions, including supporting memoranda, filed in this action must be served upon the Attorney General by Relator's counsel; and it is further

**ORDERED** that New Jersey may order any deposition transcript or intervene in this action, for good cause, at any time; and it is further

**ORDERED** that all Orders of this Court in this action shall be sent to the Attorney General by Relator's counsel; and it is further

**ORDERED** that should either the Relator or Defendant propose that this action be dismissed, settled, or otherwise discontinued, the Relator will solicit the written consent of the Attorney General before the Court issues any ruling or grants its approval, and the Attorney General may give written consent or opposition to the dismissal, settlement, or any other discontinuance, stating its reasons therefor.

_____
HONORABLE LOIS H. GOODMAN