# BRACH | EICHLER LLC

Stuart J. Polkowitz
Direct Dial: 973-403-3152
Direct Fax: 973-618-5552
E-mail: spolkowitz@bracheichler.com

June 10, 2015

**VIA ELECTRONIC FILING**

Hon. Peter G. Sheridan
U.S. District Judge
U.S. District Court District of New Jersey
Clarkson S. Fischer Federal Building & U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08609

   Re: U.S. ex rel D'Agostino v. Allied Dental Practices, et al.
      Case No.: 3:12-cv-07719-PGS-LHG

Dear Judge Sheridan:

  This office represents the Defendants in the above captioned matter. On April 13, 2015, the above matter was settled at a conference before Judge Goodman. Your Honor entered a 60-day order of dismissal on April 14, 2015.

  Counsel for the parties (including the U.S. Attorney's Office and New Jersey Attorney General's Office) have been diligently working on the completion of a settlement agreement and release in furtherance of the settlement agreed-to before Judge Goodman. However, counsel require several additional days to complete and execute the settlement agreement and release.

  With the consent of all counsel of record, I am requesting the court to extend the 60-day "good cause" period to June 23, 2015. I have attached hereto a proposed form of order.

  If Your Honor has further questions or comments, please contact me immediately.

5 Penn Plaza, 23rd Floor
New York, New York 10001
212.896.3974

101 Eisenhower Parkway
Roseland, New Jersey 07068
973.228.5700

2875 South Ocean Blvd., Suite 200
Palm Beach, Florida 33480
561.899.0177

BE:5674702.1/ALL157-266285  www.bracheichler.com

BRACH|EICHLER LLC

Hon. Peter G. Sheridan
June 10, 2015
Page 2

Respectfully yours,

Stuart J. Polkowitz
For BRACH EICHLER L.L.C.

SJP:de
Enclosure (proposed form of order)

cc: Michael D. Fitzgerald Esq. (via E-mail)
    Matthew G. Wapner, Esq. (via E-mail)
    Laura A. Siclari Esq. (via E-mail)
    David Dauenheimer, Esq. (Via E-mail)
    Marlene Brown, Esq. (Via E-mail)
    Janine Matton, Esq. (Via E-mail)

BE:5674702.1/ALL157-266285